```
                                              FILED
                                         December 2, 2011
UNITED STATES DISTRICT COURT FOR THE
                                        CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
    EASTERN DISTRICT OF CALIFORNIA           CALIFORNIA
                                              DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:11CR00504-WBS-1 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| BRENT MEDEARIS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRENT MEDEARIS__, Case No. __2:11CR00504-WBS-1__, Charge __18USC § 1341__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 2, 2011__ at __2:00 pm__.

                By   /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 5 - Court