BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0504-05 WBS |
|---|---|
| Plaintiff, | STIPULATION RE BREANT MEDEARIS RESTITUTION AND |
| v. | [PROPOSED] FINDINGS AND ORDER |
| JEWEL L. HINKLES, aka Cydney Sanchez, et al., | DATE: November 17, 2014 TIME: 9:30 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Brent Medearis, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on November 17, 2014.

2. By this stipulation, defendant and plaintiff now move for the Court to issue an order setting the restitution amount owed by Mr. Medearis to be $193,500.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The appropriate amount of restitution owed by Mr. Medearis is $193,500.

   b. The restitution should be paid to the victims listed on the document Brent Medearis Restitution Victims filed with the Clerk of the Court.

   c. Brent Medearis should be joint and severally liable with co-defendants Jewel Hinkles and Cynthia Corn for the entire $193,500.

4. The United States Probation Department has reviewed and supports this stipulation and

proposed order.

IT IS SO STIPULATED.

Dated: November 13, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ LEE S. BICKLEY
                                            LEE S. BICKLEY
                                            Assistant United States Attorney


Dated: November 13, 2014                    /s/ Lee Bickley for
                                            KIRK MCALLISTER
                                            Counsel for Defendant
                                            BRENT MEDEARIS


**ORDER**

IT IS SO FOUND AND ORDERED that defendant Brent Medearis is ordered to pay $193,500 in restitution. Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court. Brent Medearis is joint and severally liable for this $193,500 in restitution with Jewel Hinkles and Cynthia Corn. The restitution hearing scheduled for November 17, 2014 is vacated as to defendant Brent Medearis. A separate amended judgment and commitment order shall issue.

Dated: November 13, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRENT MEDEARIS RESTITUTION
AND [PROPOSED] ORDER

2