IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT MEDEARIS,<br><br>    Defendant and Judgment Debtor.<br><br>THE SOLAR QUOTE,<br>(and its Successors and Assignees)<br><br>    Garnishee. | CRIMINAL CASE NO.: 2:11-CR-00504-WBS<br><br>**ORDER OF STIPULATED CONTINUING GARNISHMENT (WAGES)** |

The Court, having reviewed the court's files and the Parties' Stipulation Regarding Writ of Continuing Garnishment (the Stipulation) and good cause appearing therefrom, hereby APPROVES the Stipulation. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The Parties' Stipulated for an order of continuing garnishment (wages) for the Garnishee, The Solar Quote, to pay at least monthly to the Clerk of the United States District Court, twenty-five (25) percent of the Defendant Brent Medearis' ("Defendant") disposable wages, earnings, commissions, bonuses, and compensation until: the judgment including interest in the amount of $193,992.28 is paid in full; further order of this Court; or The Solar Quote no longer has custody, possession or control of any property belonging to Defendant is GRANTED.

2. The Solar Quote is further ORDERED to provide the United States with written notice if the amount or form of compensation to Defendant changes while this order is in effect or if The Solar Quote no longer has custody, possession or control of Defendant's property.

3. The instrument of payment must be made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The Solar Quote shall also state the criminal docket number (Case No. 2:11CR00504-WBS) on the payment instrument.

IT IS SO ORDERED.

Dated: November 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE